[No. 63136-5-I.   Division One.   March 22, 2010.]

DANIEL KROLOW, *Appellant*, v. LILY KDEP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-37558-9, Susan J. Craighead, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Appelwick, JJ.

[No. 63143-8-I.   Division One.   March 22, 2010.]

*In the Matter of the Detention of* DAVID WRATHALL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-07989-0, Douglass A. North, J., entered February 19, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Leach, J. Now published at 156 Wn. App. 1.

[No. 63274-4-I.   Division One.   March 22, 2010.]

KELLY ESCHBACH ET AL., *Respondents*, v. AMY GRIMM ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-06863-3, Richard McDermott, J., entered March 17, 2009. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Cox, J.

[No. 63358-9-I.   Division One.   March 22, 2010.]

EQUITY RESIDENTIAL ET AL., *Appellants*, v. ACE AMERICAN INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-15092-5, Mary Yu, J., entered April 16, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Appelwick, J.